IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEFFREY E STARK,

    Plaintiff,

v.                                                CASE NO. 1:16-cv-00334-MP-GRJ

PHALADYA W DEAN, DARLA K WHISTLER,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 3, 2016. (Doc. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc. 5. I have made a de novo review based on those objections. Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. Under <u>Younger v. Harris</u> this Court should abstain from this action which involves matters still pending in state court. The Magistrate Judge correctly recommends this, and the objections do not offer any argument why abstention is not proper. It is hereby

    **ORDERED AND ADJUDGED:**

The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order. The Clerk is directed to enter judgment stating that this case is dismissed. The Clerk should also close the file.

    **DONE AND ORDERED** this <u> 29th </u> day of December, 2016

                                                   *s/Maurice M. Paul*
                                          Maurice M. Paul, Senior District Judge